UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 19-02269JVS(DFMx)   Date  January 10, 2020

Title  Ruthellen Andrews, et al v Mary Lou Sperry, et al

Present: The Honorable  **James V. Selna, U.S. District Court Judge**

Lisa Bredahl                               Not Present
Deputy Clerk                           Court Reporter

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present                                Not Present

**Proceedings:**  **[IN CHAMBERS] ORDER TO SHOW CAUSE RE JURISDICTION**

The Court has made a preliminary review of the jurisdictional allegations in the:

    X    Amended Complaint  filed December 2, 2019

        Notice of Removal ("Notice")

by Ruthellen Andrews *et al.* ("Andrews Parties").

The initial pleading invokes jurisdiction on the basis of diversity of citizenship, 28 U.S.C. § 1332.  (Amended Complaint,  ¶ 2.)  Jurisdiction on this basis requires complete diversity.

The following parties to the action are alleged to be a limited liability companies ("LLC"):

        C & M Rentals
        Cliff View LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999).  In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

    The Andrews Parties are ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading. If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

    In addition, among the parties are four trusts: the Andrews Family Children Trust, the Sheflin Family Trust, the Sperry Family Trust, and the Red Rock Trust. When sued or bringing suit, the trust assumes the citizenship of its members. <u>Americord Reallty Trust v. Conagra Foods, Inc.</u>, 135 S.Ct. 1012, 1016-17 (2016). The amended pleading shall identify the members of each trust and their citizenship at the time of the filing of the Complaint

    **A failure to respond may result dismissal of the case for lack of jurisdiction.**

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |